**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSUE ROMERO, on behalf of himself and
all others similarly situated,

               Plaintiff,

    v.

A.T. CROSS COMPANY, LLC,

               Defendant.

Case No. 1:20-CV-07659 (PGG) (DCF)

 

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: January 12, 2021

_____
Joseph H. Mizrahi, Esq.
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone: (929) 575-4175
Facsimile: (929) 575-4195
E-mail: joseph@cml.legal

*Attorney for Plaintiff*

_____
Theresa Trzaskoma
**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
E-mail: ttrzaskoma@shertremonte.com

*Attorney for Defendant*

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.

Date: _____January 13, 2021_____

14